**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED VAN LINES, LLC,

Plaintiff,

v.

WILLIAM HODENA and
MELISSA HODENA,

Defendants.

Civil No. 02-800 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Gregory Broos, Esq., Brown & Carlson, 8085 Wayzata Boulevard, Suite 200, Minneapolis, MN 55426, counsel for Plaintiff.

Matthew Anderson, Esq., Babcock Neilson Mannella LaFleur & Klint, 118 Main Street East, Anoka, MN 55303, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: July 24, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed JUL 24 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________